# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMY GALANTE,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Respondent. | Case No. 1:22-cv-01364-CDB (SS)<br><br>ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS* AND DIRECTING CLERK OF COURT TO ISSUE SUMMONS, SCHEUDLING ORDER, AND CONSENT OR REQUEST FOR REASSINGMENT DOCUMENTS<br><br>(ECF Nos. 2-4) |

Petitioner Amy Galante ("Petitioner") seeks judicial review of an administrative decision of the Commissioner of Social Security denying Petitioner's claim for disability benefits under the Social Security Act. (ECF No. 1). On October 25, 2022, Petitioner filed a timely initial complaint[1] (ECF No. 1) and an application to proceed *in forma pauperis* ("IFP"). (ECF No. 2). The Court reviewed Petitioner's financial status affidavit (ECF No. 2) and found she met the requirements to proceed IFP. (ECF No. 3 at 1). Pursuant to 28 U.S.C. § 1915, the Court screened Petitioner's complaint and found it failed to identify the judicial district in which Petitioner

---

[1] Any individual after any final decision made after a hearing to which she was a party, irrespective of the amount in controversy, may obtain a review of such decision by a civil action commenced within sixty days after the mailing to him of such decision or within such further time as the Commissioner may allow. 42 U.S.C. § 405(g). Petitioner reports the Appeals Council notified Petitioner on September 20, 2022. (ECF No. 4 at 2). Thus, Petitioner's complaint was timely filed.

resides or has her principal place of business. (ECF No. 3 at 3); 42 U.S.C. § 405(g). The Court ordered Petitioner shall have 21 days to amend her complaint and identify where Petitioner resides and/or Petitioner's primary place of business. (ECF No. 3 at 3).

On November 1, 2022, Petitioner filed a first amended complaint that noted Petitioner resides at an address in Hanford. (ECF No. 4). Therefore, the Court has jurisdiction over this action.

Petitioner's amended complaint states a cognizable claim for review of the administrative decision denying Social Security benefits. ACCORDINGLY, IT IS HEREBY ORDERED that Petitioner's application to proceed IFP (ECF No. 2) is GRATNED. The Clerk of Court is directed to issue the following: 1) a Summons; 2) the Scheduling Order; 3) the Order re Consent or Request for Reassignment; and 4) a Consent to Assignment or Request for Reassignment form.

IT IS SO ORDERED.

Dated:   **November 23, 2022**

UNITED STATES MAGISTRATE JUDGE