UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMY GALANTE,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No. 1:22-cv-01364-CDB (SS)<br><br>ORDER ON STIPULATION EXTENDING DEFENDANT'S TIME TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT<br><br>(Doc. 13) |

Pending before the Court is the parties' stipulation in which Defendant requests a 30-day extension of time to respond to Plaintiff's complaint. Defendant's unopposed request is timely filed. Accordingly, for the reasons set forth in the stipulation and for good cause appearing, IT IS HEREBY ORDERED:

1. Defendant's time within which to file a copy of the administrative record is extended to on or before **March 21, 2023**; and

*Reminder of Page Intentionally Left Blank*

2. The deadlines for Plaintiff to file a motion for summary judgment, Defendant to file a cross-motion for summary judgment and Plaintiff's optional reply brief (Doc. 7 at 3) shall be extended by 30 days.

IT IS SO ORDERED.

Dated: __**February 17, 2023**__  _____
UNITED STATES MAGISTRATE JUDGE